Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; FONOVISA, INC.; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; and LAVA RECORDS LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; FONOVISA, INC., a California corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; and LAVA RECORDS LLC, a Delaware limited liability company,<br><br>                  Plaintiffs,<br>       v.<br>TINA ESPINOZA,<br><br>                  Defendant. | CASE NO. 1:08-CV-00143-LJO-GSA<br><br>**Honorable Lawrence J. O'Neill**<br><br>**ORDER DISMISSING WITHOUT PREJUDICE** |

[PROPOSED] ORDER
Case No. 1:08-CV-00143-LJO-GSA
#42385 v1 saf

Pursuant to Plaintiffs' notice of voluntary dismissal filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby:

**ORDERED** that Case No. 1:08-CV-00143-LJO-GSA be dismissed without prejudice. The clerk of court is directed to close this action in its' entirety.

Dated:  February 4, 2009_                               By:  __/s/ LAWRENCE J. O'NEILL_____
                                                                    Honorable Lawrence J. O'Neill
                                                                      United States District Judge

1